| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | | |
|---|---|---|---|---|---|
| ☐ 210  Land Condemnation<br>☐ 220  Foreclosure<br>☐ 230  Rent Lease & Ejectment<br>☐ 240  Torts to Land<br>☐ 245  Tort Product Liability<br>☐ 290  All Other Real Property | ☐ 441  Voting<br>☐ 442  Employment<br>☐ 443  Housing/ Accommodations<br>☐ 444  Welfare<br>☐ 440  Other Civil Rights | ☐ 510  Motions to Vacate Sentence<br><br>**HABEAS CORPUS:**<br>☐ 530  General<br>☐ 535  Death Penalty<br>☐ 540  Mandamus & Other<br>☐ 550  Civil Rights<br>☐ 555  Prison Condition | Reporting & Disclosure Act<br>☐ 740  Railway Labor Act<br>☐ 790  Other Labor Litigation<br>☐ 791  Empl Ret Inc Security Act | ☐ 863  DIWC/DIWW (405(g))<br>☐ 864  SSID Title XVI<br>☐ 865  rsi (405(G))<br><br>**FEDERAL TAX SUITS**<br><br>☐ 870  Taxes (U S Plaintiff or Defendant)<br>☐ 871  IRS - Third Party 26 USC 7609 | Act<br>☐ 895  Freedom of Information Act<br>☐ 900  Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950  Constitutionality of State Statutes<br>☐ 890  Other Statutory Actions |

**V. ORIGIN** *(PLACE AN ""X IN ONE BOX ONLY)*

☐ 1 Original Proceeding  ☒ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (Specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY )

This Court has original jurisdiction over this civil action on the basis of diversity. (28 U.S.C. § 1332).

| **VII. REQUESTED IN COMPLAINT:** | CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ YES |
|---|---|---|---|
| **VIII. RELATED CASE(S)** (See instructions): **IF ANY**<br>None. | JUDGE_____ | | DOCKET NUMBER_____ |

12/23/2003                    DATE/SIGNATURE OF ATTORNEY OF RECORD
                              *Danielle Tarus Closkun* (signature)

FOR OFFICE USE ONLY

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____
                                                              MAG. JUDGE_____

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

RECEIVED
DEC 23 ..
CLERK, U S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ROB J. MCCOY, | § |
| PLAINTIFF, | § § § |
| v. | § § CIVIL ACTION NO.: 303CV3050 P |
| EXHIBITGROUP/GILTSPUR, INC. AND VIAD CORPORATION INC., | § § § § |
| DEFENDANTS. | § § |

## SUPPLEMENT TO CIVIL COVER SHEET

1. **State Court Information:**

| Court | Case Number |
|---|---|
| In the District Court of Dallas County Texas, 116th Judicial District | 03-12589 |

2. **Style of the Case:**

(Please include <u>all</u> Plaintiff(s), Defendant(s), and Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named, and include their bar number, firm name, correct mailing address, and phone number (including area code.)

| **Party and Party Type** | **Attorney(s)** |
|---|---|
| Rob J. McCoy, Plaintiff | Mr. Brian Cuban<br>SBN: 05201250<br>Mr. Gary S. Abrams<br>SBN: 24010616<br>Mr. Barry Zisman<br>SBN: 22279350<br>Zisman Law Firm, P.C.<br>1412 Main Street<br>Twenty-Third Floor<br>Dallas, Texas 75202<br>Phone: (214) 745-1300 |

30609238 1

-1-

7. **Claims of the Parties**:

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims(s) |
|---|---|
| Rob J. McCoy, Plaintiff | Declaratory Judgment |

FULBRIGHT & JAWORSKI L.L.P.

By: /s/ Danielle Cross Clarkson
Richard M. Kobdish
State Bar No. 11640000
Danielle Alexis Clarkson
State Bar No. 24027915

2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

ATTORNEYS FOR DEFENDANTS
EXHIBITGROUP/GILTSPUR, INC. AND VIAD
CORP.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROB J. MCCOY, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | CIVIL ACTION NO.: 303CV3050 P |
| V. | § | |
| | § | |
| EXHIBITGROUP/GILTSPUR, INC. AND VIAD CORPORATION INC., | § | |
| | § | |
| DEFENDANTS. | § | |

**NOTICE OF REMOVAL**

COME NOW Exhibitgroup/Giltspur, Inc. and Viad Corp. (collectively "Defendants") and file this their Notice of Removal of an action styled *Rob J. McCoy v. Exhibitgroup/Giltspur, Inc. and Viad Corporation Inc.*, Cause No. 03-12589, which was filed on December 1, 2003 and which presently is pending in the District Court of Dallas County, Texas, F-116th Judicial District, to remove this case to the United States District Court for the Northern District of Texas, Dallas Division, and in support thereof would respectfully show as follows:

**I.**

**INTRODUCTION**

Plaintiff Rob J. McCoy's ("Plaintiff") Original Petition for Declaratory Judgment ("Plaintiff's Petition") was filed on December 1, 2003. A copy of same was received on Defendants via service on their registered agent on that same day. Pursuant to 28 U.S.C. § 1446(b), Defendants file this Notice of Removal within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

NOTICE OF REMOVAL                                                                                                     Page 1
30609224.1

## II.

## DIVERSITY AS A GROUND FOR REMOVAL

This Court has original jurisdiction over this action on the basis that Plaintiff's suit involves a matter in controversy exceeding $75,000.00 and citizens of different states. *See* 28 U.S.C. §§ 1332(a)(1) and 1441(b). Specifically, Plaintiff, as alleged in his Petition, is a citizen of Texas. For diversity purposes, Defendant Viad Corp. is considered to be a citizen of both the state in which it is incorporated (Delaware)[1] and the state in which it has its principal place of business (Arizona). As there is complete diversity between the parties, removal of the action is appropriate pursuant to federal law.

## III.

## ALL FEDERAL REMOVAL REQUIREMENTS HAVE BEEN MET

This Notice of Removal is timely filed with this Court pursuant to 28 U.S.C. § 1446(b), because it was filed within thirty (30) days of the date on which Defendants first received, through service or otherwise, a copy of the initial pleading setting forth the claim for relief upon which such action is based. The venue of this removal action is proper pursuant to 28 U.S.C. § 1441(a) and (c), inasmuch as the United States District Court for the Northern District of Texas, Dallas Division, embraces Dallas County, Texas, and the 116th Judicial District Court, which is the place where the state court action has been pending.

Immediately upon the filing of this Notice of Removal, Defendants will give written notice to Plaintiff's attorney of the removal of this case, and will file a copy of this Notice of

---

[1] Defendant Exhibitgroup/Giltspur, Inc. ("Exhibitgroup") is a division of Viad Corp., which is a Delaware corporation. Exhibitgroup's principal place of business is in Illinois. There is therefore complete diversity amongst the parties.

Pursuant to Local Rule 81.1, attached hereto as Exhibit 1 is an index of all documents which clearly identifies each document and indicates the date on which each was filed in state court, a copy of the state court docket sheet, and a copy of each document filed in the state court action (except discovery) individually tabbed and arranged in chronological order according to the state court file date.

No act of Congress prohibits the removal of this cause, and this cause is removable under 28 U.S.C. § 1441 *et seq.*

WHEREFORE, Defendants pray that the above-entitled cause be removed to the United States District Court for the Northern District of Texas, Dallas Division, and that this Court assume jurisdiction of this lawsuit and retain it for final disposition and for such other relief, both general and special, at law or in equity, to which Defendants may be justly entitled.

FULBRIGHT & JAWORSKI L.L.P.

By: /s/ Danielle Alexis Clarkson
Richard M. Kobdish
State Bar No. 11640000
Danielle Alexis Clarkson
State Bar No. 24027915

2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

ATTORNEYS FOR DEFENDANTS
EXHIBITGROUP/GILTSPUR, INC. AND VIAD CORP.

CERTIFICATE OF SERVICE

This pleading, NOTICE OF REMOVAL, was served in compliance with Rule 5 of the Federal Rules of Civil Procedure by Certified Mail, Return Receipt Requested on this 23rd day of December, 2003.

Mr. Barry Zisman
Zisman Law Firm, P.C.
1412 Main Street
Twenty-Third Floor
Dallas, Texas 75202

_____
Danielle Alexis Clarkson