**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROB J. MCCOY,<br>    PLAINTIFF,<br><br>v.<br><br>EXHIBITGROUP/GILTSPUR, INC. AND VIAD CORP.,<br>    DEFENDANTS,<br><br>AND<br><br>EXHIBITGROUP/GILTSPUR, INC. AND VIAD CORP.,<br>    COUNTERCLAIM-PLAINTIFFS,<br><br>v.<br><br>ROB J. McCOY, Individually, and as an Officer and Director of STAK, Inc.,<br>    COUNTERCLAIM-DEFENDANT,<br><br>AND<br><br>EXHIBITGROUP/GILTSPUR, INC. AND VIAD CORP.<br>    CROSSCLAIM-PLAINTIFFS,<br><br>v.<br><br>STAK DESIGN, Inc.; STANLEY ZALENSKI, Individually, and as an Officer and Director of STAK, Inc.; DONALD ARIENT, Individually; DONALD BARKER, Individually; JOHN BUHLER, Individually; GARRY COHN, Individually; MICHELLE HAMILL, Individually; SHANNON JUETT, Individually; LOREN WAYNE KEOWN, Individually; JOACHIM MOELLER, Individually; ANDREW C. PLOEGER, Individually; and MARJORIE STACY, Individually,<br>    CROSSCLAIM-DEFENDANTS. | CIVIL ACTION NO. 3:03-CV-3050-B |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 2 3 2005
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

25547136.1

1



## **PROPOSED CONSENT JUDGMENT AND ORDER OF DISMISSAL**

The parties, having entered into a Settlement Agreement, the Court hereby enters the following judgment in the above-referenced proceeding.

1. The Preliminary Injunction entered on April 27, 2004 is hereby made permanent but shall expire on June 30, 2012. STAK acknowledges Viad's right, title and interest in Viad's intellectual property.

2. All claims by and between the parties are hereby dismissed. Each side is to bear its own costs and attorneys fees.

3. The parties have agreed that the District Court for the Eastern District of Texas will have exclusive jurisdiction to enforce the Settlement Agreement.

Signed this 23rd day of Sept, 2005.

_____
Judge Presiding

25547136.1

2



APPROVED AND AGREED TO:

| | |
|---|---|
| DEFENDANTS<br>EXHIBITGROUP/GILTSPUR, INC., ET AL. | PLAINTIFF ROB MCCOY AND<br>COUNTERCLAIM DEFENDANTS |

By: _____
Chaz De La Garza
Texas State Bar No. 05745700
chaz@cdlglaw.com
111 Congress Avenue, Suite 400
Austin, Texas 78701
Telephone: 512-391-4962
Telecopier: 512-370-3101

Norlynn B. Price
Texas State Bar No. 02499050
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: 214-855-8331
Telecopier: 214-855-8200

**ATTORNEYS FOR DEFENDANTS
EXHIBITGROUP/GILTSPUR, INC., ET AL.**

By: _____
Paul V. Storm, Esq.
paulstorm@alliplaw.com
John W. MacPete, Esq.
johnmacpete@alliplaw.com
Mark D. Perdue, Esq.
markperdue@alliplaw.com
Storm L.L.P
901 Main Street, Suite 7100
Dallas, Texas 75202

Telephone: 214-347-4700

Telecopier: 214-347-4799

**ATTORNEYS FOR PLAINTIFF
ROB MCCOY AND COUNTERCLAIM
DEFENDANTS**

